UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

04-12292 JLT

2004 OCT 27 P 4:59

U.S. DISTRICT COURT
DISTRICT OF MASS.   MAGISTRATE JUDGE ____

```
**************************************
TWIN STATE RAILROAD            *
CORPORATION                    *
                               *
        Plaintiff              *
                               *
v.                             *
                               *
MAINE CENTRAL RAILROAD         *
COMPANY                        *
                               *
        Defendant              *
**************************************
```

RECEIPT # 59664
AMOUNT $150
SUMMONS ISSUED yes
LOCAL RULE 4.1 ___
WAIVER FORM ___
MCF ISSUED ___
BY DPTY. CLK. ___
DATE 10/28/04

## COMPLAINT

Plaintiff Twin State Railroad Corporation brings this action in order to obtain a declaration of the rights and liabilities of the parties pursuant to a written lease.

1.  Plaintiff Twin State Railroad Corporation ("Twin State") is a Vermont Corporation having a principal place of business at 1022 East Wade Street, Trenton, Florida 32693.

2.  Defendant Maine Central Railroad Company ("Maine Central") is a Maine corporation having a principal place of business at Iron Horse Park, Billerica, Massachusetts 01862.

3.  This Court has jurisdiction over this matter pursuant to 28 USC 1332 (a) and (c) because the parties are citizens of different states and the amount in controversy exceeds $75,000 exclusive of interest and costs.

4.  Pursuant to a Lease and Operating Agreement (the "Lease") dated as of March 1, 1984 Maine Central leased and granted Twin State the right to use and operate a line of railroad approximately 28 miles in length running from Whitefield, New Hampshire to Saint Johnsbury Vermont.

5. The initial term of the Lease extended to December 31, 1988. Twin State was given the option to renew the Lease for 4 10-year periods subsequent to December 31, 1988. Twin State has exercised two such options and the present expiration of the lease is December 31, 2008.

6. On or about December 30, 2002 the State of New Hampshire acquired all of the right, title and interest of Maine Central in the portion of the line of railroad running from Whitefield, New Hampshire to Gilman, Vermont constituting approximately 6 of the 28 total miles.

7. The Lease contains the following provision relating to retirement of property:

> [Twin State] may request [Maine Central] to retire any property on, or portion of, the Line which may no longer be required for the performance of the duties of [Twin State] under this Agreement and [Maine Central] shall not unreasonably withhold approval of such requests. [Twin State] may retain for its own account any property recovered or proceeds received incidental to any such retirement, but retirement accounting shall be performed by [Maine Central].

8. There has been no traffic on the line of railroad since at least October 1999. The line of railroad running from Gilman, Vermont to Saint Johnsbury, Vermont is no longer required for the performance of the duties of Twin State under the Lease.

9. Twin State applied to the Surface Transportation Board for authority to abandon and discontinue service between Gilman and Saint Johnsbury, Vermont so as to be able to sell and/or salvage the rail, ties and other track materials on the line.

10. Maine Central objected to Twin State's application to the Surface Transportation Board, arguing that Twin State had no right under the Lease to seek abandonment of or to sell

and/or salvage all or any part of the line.

11. The Surface Transportation Board granted Twin State's application to abandon subject, inter alia, to a condition that Twin State leave the line, track, ties and other track materials intact. The Surface Transportation Board said that this condition "may be removed, if appropriate, if [Twin State] and [Maine Central] resolve their apparent disagreement concerning their respective legal rights to the line."

12. There is a genuine dispute between Twin State and Maine Central as to their rights to the line of railroad running from Gilman to Saint Johnsbury, Vermont, including the right to salvage all or any portion of the ties, track and other materials located thereon.

WHEREFORE, Twin State requests that the Court (1) declare that the ties, track, equipment and other property between Gilman and Saint Johnsbury Vermont are no longer required for the performance of Twin State's duties under the lease; (2) declare that Twin State has the right to retire such property and to retain any proceeds therefrom; (3) otherwise declare the rights and liabilities of the parties under the Lease; and (4) grant such other and further relief as it deems just and proper.

TWIN STATE RAILROAD
CORPORATION

By its attorneys,

/s/ Leonard M. Singer
Leonard M. Singer
BBO No. 464600
Craighead Glick
277 Dartmouth Street
Boston, Massachusetts 02116
(617) 859-8200