# United States District Court

_____ DISTRICT OF _____

TWIN STATE RAILROAD CORPORATION

V.

MAINE CENTRAL RAILROAD COMPANY

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

04  12292  JLT

TO: (Name and Address of Defendant)

> Maine Central Railroad Company
> Iron Horse Park
> Billerica, Massachusetts 01862

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

> Leonard M. Singer, Esq.
> Craighead Glick LLP
> 277 Dartmouth Street
> Boston, Massachusetts 02116

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS
CLERK



DATE

_____
BY DEPUTY CLERK

AO 440 (Rev. 5/85)   Summons in a Civil Action

# RETURN OF SERVICE

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

*Middlesex, ss.*

November 2, 2004

I hereby certify and return that on 11/1/2004 at 11:50AM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET in this action in the following manner: To wit, by delivering in hand to PAM PRIMEAU, agent, person in charge at the time of service for MAINE CENTRAL RAILROAD COMPANY, at, IRON HORSE Park, BILLERICA, MA 01821. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($1.80), Postage and Handling ($1.00), Travel ($12.16) Total Charges $49.96

*George A. Hooper*
Deputy Sheriff

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
             Date                    Signature of Server

                                     _____
                                     Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.