UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TWIN STATE RAILROAD CORPORATION )<br>)<br>Plaintiff )<br>)<br>)<br>v. )<br>)<br>)<br>MAINE CENTRAL RAILROAD COMPANY )<br>)<br>Defendant )<br>)<br>) | C.A. No. 04-12292-JLT |

## DEFENDANT'S MOTION TO DISMISS THE COMPLAINT

ORAL ARGUMENT REQUESTED

Upon the Statement of Reasons in Support of this Motion, and all papers and proceedings previously had herein, and pursuant to Rules 7(b) and 12(b)(6) of the Federal Rules of Civil Procedure and Rule 7.1 of the Rules of this Court, the Defendant, Maine Central Railroad Company, hereby move this Court to dismiss the plaintiff's complaint for failure to state a cause of action. Pursuant to Rule 7.1(A)(2) of the Rules of this Court, counsel hereby certifies that she and counsel for the plaintiff have conferred and attempted in good faith to resolve or narrow the issues presented by this motion, but without success.

Pursuant to Rule 7.1(D) of the Rules of this Court, the defendants hereby request oral argument of this motion.

**December 3, 2004**

Respectfully submitted,

Katherine E. Potter
BBO# 651726
Iron Horse Park
North Billerica, MA 01862
(978) 663-1215
kpotter@guilfordrail.com

*Attorney for Defendant*
*Maine Central Railroad Company*