UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*************************************
TWIN STATE RAILROAD              *
CORPORATION                      *
                                 *
            Plaintiff            *
                                 •        Civil Action
v.                               *
                                 •        04-12292 JLT
MAINE CENTRAL RAILROAD           *
COMPANY                          *
                                 *
            Defendant            *
*************************************
```

## MOTION TO EXTEND TIME

Plaintiff Twin State Railroad Corporation, with the assent of the defendant Maine Central

Railroad Company, moves that the time in which it must file its opposition to defendant's motion

to dismiss be extended from December 16 to January 3, 2005. The grounds for this motion are

that the 14 days allotted for a response have not been sufficient for plaintiff's counsel to

adequately prepare a response and there will be no prejudice if the extension is granted.

TWIN STATE RAILROAD
CORPORATION

By its attorneys,

Leonard M. Singer (NSS)
Leonard M. Singer
BBO No. 464600
Craighead Glick
277 Dartmouth Street
Boston, Massachusetts  02116
(617) 859-8200

Assented to:

MAINE CENTRAL RAILROAD COMPANY

By its attorney,

Katherine E. Potter
BBO # 651726
Springfield Terminal Railway Company
Iron Horse Park
North Billerica, Massachusetts 01862
(978) 663-1021