UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TWIN STATE RAILROAD CORPORATION, ) <br> ) <br> Plaintiff ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> MAINE CENTRAL RAILROAD COMPANY, ) <br> ) <br> Defendant. ) <br> ) | C.A. No. 04-12292-JLT |

**DEFENDANT'S MOTION TO FILE REPLY MEMORANDUM**

Upon the Statement of Reasons in Support of their Motion to Dismiss the Complaint, and all papers and proceedings previously had herein, and pursuant to Rule 7(b) of the Federal Rules of Civil Procedure and Rule 7.1(B)(3) of the Rules of this Court, the defendant, Maine Central Railroad Company hereby moves for leave to file the accompanying Reply Memorandum.

Pursuant to Rule 7.1(A)(2) of the Rules of this Court, counsel hereby certifies that she and counsel for the plaintiff have conferred and attempted in good faith to resolve or narrow the issues presented by this motion, but without success.

**January 24, 2005**

Respectfully submitted,

Katherine E. Potter
BBO# 651726
Iron Horse Park
North Billerica, MA 01862
(978) 663-1215
kpotter@guilfordrail.com

*Attorney for Defendant*
*Maine Central Railroad Company*