UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB -7 P 3: 07

U.S. DISTRICT COURT
DISTRICT OF MASS

*********************************

TWIN STATE RAILROAD
CORPORATION

        Plaintiff

v.

MAINE CENTRAL RAILROAD
COMPANY

        Defendant

*********************************

Civil Action

04-12292 JLT

### RESPONSE TO MOTION TO FILE REPLY

Plaintiff Twin State Railroad Corporation responds to Maine Central Railroad Company's Motion to File Reply Memorandum as follows. It does not object to the filing of the Reply Memorandum provided that it is granted an opportunity to respond thereto. It requests that it be given until February 18 to do so.

                                                  TWIN STATE RAILROAD
                                                  CORPORATION

                                                  By its attorneys,

                                                  /s/ Leonard M. Singer
                                                  Leonard M. Singer
                                                  BBO No. 464600
                                                  Craighead Glick
                                                  277 Dartmouth Street
                                                  Boston, Massachusetts 02116
                                                  (617) 859-8200

CERTIFICATE OF SERVICE

I, Leonard M. Singer, hereby certify that I served the foregoing on all parties. Such service was made by causing a copy of the foregoing to be mailed to Katherine E. Potter Springfield Terminal Railway Company, Iron Horse Park, North Billerica, Massachusetts 01862 February 3, 2005.

_Leonard M. Singer_
Leonard M. Singer