UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
**********************************
TWIN STATE RAILROAD              *
CORPORATION                      *
                                 *
          Plaintiff              *
                                 •          Civil Action
v.                               *
                                 •          04-12292 JLT
MAINE CENTRAL RAILROAD           *
COMPANY                          *
                                 *
          Defendant              *
**********************************
```

## MOTION TO INCLUDE FURTHER OPPOSITION TO MOTION TO DISMISS

Plaintiff Twin State Railroad Corporation ("Twin State") moves that its previously-filed Further Opposition to Maine Central Railroad Company's (Maine Central) Motion to Dismiss be deemed part of the record and be considered by the Court in connection with its consideration of Maine Central's motion to dismiss.

The relevant procedural history is as follows. Initially, Maine Central filed a motion to dismiss and Twin State filed an opposition. Thereafter Maine Central sought leave of Court to file a reply to Twin State's opposition. Twin State did not oppose the filing of a reply but did seek leave to file a response to Maine Central's reply. Twin State asked that it be given until February 18 to file its response to the reply. As of February 18, the Court had not acted upon Maine Central's motion to file a reply and Twin State filed the response that it now asks the Court to consider.

On or about May 5 the Court allowed Maine Central's motion to file a reply. The Court's order was silent as to Twin State's request to file a response to Maine Central's reply. Twin

State hereby moves that its response (entitled "Further Opposition to Motion to Dismiss") be

considered part of the record in connection with Maine Central's motion to dismiss. The grounds

for this motion are that it wants to have an opportunity to respond to Maine Central's reply and it

believes that its response will be of assistance to the Court in resolving the issues before it.

TWIN STATE RAILROAD
CORPORATION

By its attorneys,


Leonard M. Singer
BBO No. 464600
Craighead Glick
277 Dartmouth Street
Boston, Massachusetts  02116
(617) 859-8200

CERTIFICATE OF SERVICE

I. Leonard M. Singer, hereby certify that I served the foregoing on all parties. Such
service was made by causing a copy of the foregoing to be e-mailed to Katherine E. Potter
Springfield Terminal Railway Company, Iron Horse Park, North Billerica, Massachusetts 01862
on May 11, 2005.

Leonard M. Singer