UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| TWIN STATE RAILROAD CORPORATION * | |
| Plaintiff * | |
| v. * | Civil Action |
| MAINE CENTRAL RAILROAD COMPANY * | 04-12292 JLT |
| Defendant * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**RENEWED[1] MOTION (ASSENTED TO) TO INCLUDE FURTHER OPPOSITION TO MOTION TO DISMISS**

Plaintiff Twin State Railroad Corporation ("Twin State") moves that its previously-filed Further Opposition to Maine Central Railroad Company's (Maine Central) Motion to Dismiss be deemed part of the record and be considered by the Court in connection with its consideration of Maine Central's motion to dismiss. Maine Central assents to this motion.

The relevant procedural history is as follows. Initially, Maine Central filed a motion to dismiss and Twin State filed an opposition. Thereafter Maine Central sought leave of Court to file a reply to Twin State's opposition. Twin State did not oppose the filing of a reply but did seek leave to file a response to Maine Central's reply. Twin State asked that it be given until February 18 to file its response to the reply. As of February 18, the Court had not acted upon Maine Central's motion to file a reply and Twin State filed the response that it now asks the Court to consider.

---

[1] Twin State's original motion was denied without prejudice for failure to comply with Local Rule 7.1(2). Twin State has conferred with counsel for Maine Central who assents to this Motion.

On or about May 5 the Court allowed Maine Central's motion to file a reply. The Court's order was silent as to Twin State's request to file a response to Maine Central's reply. Twin State hereby moves that its response (entitled "Further Opposition to Motion to Dismiss") be considered part of the record in connection with Maine Central's motion to dismiss. The grounds for this motion are that it wants to have an opportunity to respond to Maine Central's reply and it believes that its response will be of assistance to the Court in resolving the issues before it.

TWIN STATE RAILROAD
CORPORATION

By its attorneys,

_/s/ Leonard M. Singer_
Leonard M. Singer
BBO No. 464600
Craighead Glick
277 Dartmouth Street
Boston, Massachusetts 02116
(617) 859-8200

Assented to:

MAINE CENTRAL RAILROAD COMPANY

By its attorneys,

_/s/ Katherine E. Potter_  By LMS
Katherine E. Potter
BBO 651726
Iron Horse Park
North Billerica, Massachusetts 01862
(978) 663-1215