GLICK | ASSOCIATES

Counsellors at Law

Glick and Associates PC
277 Dartmouth Street
Boston, Massachusetts 02116
T. 617.859.8200
F. 617.859.7272

Leonard M. Singer

June 30, 2005

Clerk, United States District Court
Attention: Kimberly Abaid
1 Courthouse Way
Boston, Massachusetts 02210

    Re:    Twin State Railroad Corporation v. Maine Central Railroad Company, 04-12292

Dear Ms Abaid:

    I write to inquire about the status of a pending Motion to Dismiss in the above-referenced matter. The motion was filed on December 3, 2004 and an opposition and a request for hearing was filed on January 3, 2005. Thereafter defendant was granted leave to file a Reply Memorandum. The plaintiff did not oppose defendant's motion to file a Reply Memorandum but did request the opportunity to file a further opposition to the Motion to Dismiss in response to the Reply Memorandum. Pending before the Court is plaintiff's motion (assented to) to allow the Further Opposition and the underlying Motion to Dismiss.

    I recognize that the Court has other business before it but do want to ensure that the Court is aware of the pending matters.

    Thank you very much.

Very truly yours,

*Leonard M. Singer*
Leonard M. Singer

cc:    Katherine E. Potter