UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TWIN STATE RAILROAD CORPORATION, | * * * | |
| Plaintiff, | * * | |
| v. | * * * | Civil Action No. 04-12292-JLT |
| MAINE CENTRAL RAILROAD COMPANY, | * * * | |
| Defendant. | * | |

ORDER

August 3, 2005

TAURO, J.

This court hereby orders that:

1. <u>Defendant's Motion to Dismiss the Complaint</u> [#3] is DENIED WITHOUT PREJUDICE to refiling after the Surface Transportation Board ("STB") has answered the following questions:

    a. Whether STB Docket No. AB-862X decided October 12, 2004, which states that "uncertainty" exists regarding Twin State Railroad's ("TSRR") "right to abandon and salvage the line," preempts any claim before this court by TSRR that "the ties, track, equipment and other property" on the railroad line running from Gilman, VT to St. Johnsbury, VT (the "Line") are no longer required for the performance of TSRR's duties pursuant to the Lease and Operating Agreement dated March 1, 1984 ("Lease") with Maine Central Railroad;

    b.    Whether the STB's abovementioned decision preempts any claim before this court by TSRR that it has the right to "retire" the ties, track, equipment and other property on the Line and "retain any proceeds therefrom" pursuant to the Lease with Maine Central Railroad; and

    c.    Whether the STB's abovementioned decision preempts any claim before this court by TSRR to "otherwise declare the rights and liabilities of the parties under the Lease";

2. The STB shall attempt to advise this court of its answer to these questions within ninety (90) days of the date of this Order; and

3. The Parties shall take such action as is necessary to assist the STB in resolving these questions as quickly as possible.

IT IS SO ORDERED.

                                                  /s/ Joseph L. Tauro
                                        United States District Judge