UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 OCT -5 P 3:26

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| TWIN STATE RAILROAD CORPORATION | |
| Plaintiff | |
| v. | C.A. No. 04-12292-JLT |
| MAINE CENTRAL RAILROAD COMPANY | |
| Defendant | |

NOTICE OF APPEARANCE

PLEASE TAKE NOTE that Robert B. Culliford, Esquire hereby enters an appearance as counsel for the defendant, Maine Central Railroad Company. Mr. Culliford is admitted to practice in the United State District Court for the District of Massachusetts

Dated: September 30, 2005

Respectfully submitted,

Robert B. Culliford
BBO# 638648
Iron Horse Park
North Billerica, MA 01862
(978) 663-1024
rculliford@guilfordrail.com

*Counsel for Defendant*
*Maine Central Railroad Company*