UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 OCT -5 P 3: 6

U.S. DISTRICT COU
DISTRICT OF MAS

TWIN STATE RAILROAD CORPORATION )
)
Plaintiff )
)
)
v. ) C.A. No. 04-12292-JLT
)
)
MAINE CENTRAL RAILROAD COMPANY )
)
Defendant )
)
)

NOTICE OF WITHDRAWAL OF APPEARANCE

Katherine E. Potter respectfully requests leave of Court to withdraw as counsel for the Defendant in this matter pursuant to Local Rule 83.5.2(c). Ms. Potter will leave the employ of the Defendant as of October 7, 2005. Please note that filed on this date is a Notice of Appearance by Robert B. Culliford, Esq. Mr. Culliford is admitted to practice in the United States District Court for the District of Massachusetts and will represent the Defendant from this point forward.

Respectfully submitted,

Katherine E. Potter
BBO#651726

Dated: October 5, 2005

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing documents were served on October 5, 2005 by electronic mail upon:

Robert B. Culliford, Esq.
Boston & Maine Corporation
Iron Horse Park
N. Billerica, MA 01862

rculliford@guilfordrail.com

Leonard M. Singer, Esq.
Craighead Glick LLP
277 Dartmouth Street
Boston, Massachusetts 02116

LMSinger@tiac.net

Dated: October 5, 2005                              Katherine E. Potter