UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| TWIN STATE RAILROAD CORPORATION | \* | |
| | \* | |
| Plaintiff | \* | |
| | • | Civil Action |
| v. | \* | |
| | • | 04-12292 JLT |
| MAINE CENTRAL RAILROAD COMPANY | \* | |
| | \* | |
| Defendant | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF CHANGE OF ADDRESS**

The undersigned counsel hereby gives notice that his address is as indicated:

_____
Leonard M. Singer
BBO 464600
101 Arch Street, 9th Floor
Boston, Massachusetts 02110
Telephone: (617) 357-9080
Facsimile: (617) 395-2625

CERTIFICATE OF SERVICE

I. Leonard M. Singer, hereby certify that I served the foregoing on all parties. Such service was made by causing a copy of the foregoing to be mailed to Robert Culliford Springfield Terminal Railway Company, Iron Horse Park, North Billerica, Massachusetts 01862 on December 21, 2005.

_____
Leonard M. Singer