UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
TWIN STATE RAILROAD CORPORATION )
)
      **Plaintiff** )
)
v. )   C.A. No. 04-12292-JLT
)
MAINE CENTRAL RAILROAD COMPANY )
)
      **Defendant** )
_____)

**NOTICE OF APPEARANCE**

    PLEASE TAKE NOTE that Alexandra B. Schmit hereby enters an appearance as counsel for the defendant, Maine Central Railroad Company. Ms. Schmit is admitted to practice in the United States District Court for the District of Massachusetts.

Dated: January 30, 2006

          Respectfully submitted,

          */s/ Alexandra B. Schmit*
          Alexandra B. Schmit (BBO# 662942)
          14 Aviation Avenue
          Portsmouth, NH 03801
          Tel. 603-766-2006
          aschmit@bmairways.com

          *Counsel for Defendant*
            *Maine Central Railroad Company*

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 30, 2006.

                                                     */s/ Alexandra B. Schmit*
                                                    Alexandra B. Schmit