UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TWIN STATE RAILROAD CORPORATION, | * * * | |
| Plaintiff, | * * | |
| v. | * * * | Civil Action No. 04-12292-JLT |
| MAINE CENTRAL RAILROAD COMPANY, | * * * | |
| Defendant. | * | |

ORDER

February 9, 2006

TAURO, J.

After a Conference held on February 9, 2006, this court hereby orders that:

1. A Rule 26 Discovery Order will issue;

2. The Parties must comply with this court's Rule 26 Order by March 15, 2006;

3. The Plaintiff may depose James Howard;

4. The Plaintiff must complete the abovementioned deposition by April 28, 2006; and

5. A Further Conference will be held on May 8, 2006, at 10:30 a.m.


IT IS SO ORDERED.

      /s/ Joseph L. Tauro
United States District Judge