UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
**************************************
TWIN STATE RAILROAD            *
CORPORATION                    *
                               *
         Plaintiff             *
                               •       Civil Action
v.                             *
                               •       04-12292 JLT
MAINE CENTRAL RAILROAD         *
COMPANY                        *
                               *
         Defendant             *
**************************************
```

## REPLY TO COUNTERCLAIM

For its reply to the counterclaims of Maine Central Railroad Company ("Maine Central") Twin State Railroad Corporation ("Twin State") responds as follows.

1.  It admits the allegations contained in this paragraph.

2.  It admits the allegations contained in this paragraph.

3.  It admits that Maine Central entered into a Lease and Operating Agreement dated March 1, 1984 ("Lease"), that Twin State holds the lessee's interest in the Lease and that the Lease speaks for itself . It denies the remaining allegations contained in this paragraph.

4.  It denies the allegations contained in this paragraph.

5.  It admits the allegations contained in this paragraph.

6.  It admits the allegations contained in this paragraph.

7.  It admits that the Surface Transportation Board served a decision on October 12, 2004 and that that decision speaks for itself. It denies the remaining allegations contained in this paragraph.

8. It admits the allegations contained in this paragraph.

9. It admits that the Surface Transportation Board served a decision on November 18, 2005 and that that decision speaks for itself. It denies the remaining allegations contained in this paragraph.

10. It repeats and realleges its answers to paragraphs 1-9 as its answer to this paragraph.

11. It admits the allegations contained in this paragraph.

12. It denies the allegations contained in this paragraph.

13. It repeats and realleges its answers to paragraphs 1-12 as its answer to this paragraph.

14. It admits the allegations contained in this paragraph.

15. It denies the allegations contained in this paragraph.

16. It denies the allegations contained in this paragraph.

17. It denies the allegations contained in this paragraph.

18. It repeats and realleges its answers to paragraphs 1-17 as its answer to this paragraph.

19. It admits that the Lease conveyed certain rights to it and that the Lease speaks for itself. It denies the remaining allegations contained in this paragraph.

20. It admits the allegations contained in this paragraph.

21. It denies the allegations contained in this paragraph.

   Wherefore Twin State demands that the counterclaims of Maine Central be dismissed

and that this Court grant such other and further relief as it deems just and proper.

                TWIN STATE RAILROAD CORP.

                By its attorneys,

                /s/ Leonard M. Singer
                Leonard M. Singer
                BBO 464600
                101 Arch Street
                Boston, Massachusetts 02110
                (617) 357-9080

## CERTIFICATE OF SERVICE

On March 9, 2006, I, Leonard M. Singer, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to those indicated as non-registered participants.

                /s/ Leonard M. Singer
                Leonard M. Singer