# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **TWIN STATE RAILROAD CORPORATION** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **C.A. No. 04-12292-JLT** |
| ) | |
| **MAINE CENTRAL RAILROAD COMPANY** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## JOINT PRETRIAL SCHEDULING STATEMENT

Pursuant to Fed. R. Civ. P. 16(b), 26(f) and Local Rule 16.1, counsel for Twin State Railroad Corporation ("Twin State") and Maine Central Railroad Company ("Maine Central") have conferred and hereby submit their proposed pretrial schedule.

The parties require discovery on the maintenance and operation of the line of railroad between Gilman and St. Johnsbury, Vermont (the "Line"), the meaning and intent of the Lease and Operating Agreement (the "Lease") dated March 1, 1984 between the parties and the rights of the parties under the Lease and with respect to the Line. The parties agree to the following schedule and plan for discovery:

1.  Twin State and Maine Central have made their initial disclosures under Rule 26(a)(1).

2.  Written discovery and responses thereto would be served and depositions would be taken by September 1, 2006.

3.  To the extent necessary, discovery motions would be filed by October 2, 2006.

4.    The parties request that this Court schedule a Status Conference after discovery is completed in order to evaluate the need for expert discovery and to establish a dispositive motion schedule.

The parties certify that each has conferred with their respective counsel with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs.  Maine Central is willing to participate in a non-binding mediation in an effort to attempt to resolve this matter.  Twin State does not believe that mediation would be helpful.  Further, Maine Central and Twin State do not consent at this time to the trial of this action by a magistrate judge.


Respectfully submitted,


Twin State Railroad Corporation                     Maine Central Railroad Company


By:  */s/ Clyde S. Forbes*                               By:  */s/ David A. Fink*
     Clyde S. Forbes                                          David A. Fink
                                                             Executive Vice President


     */s/ Leonard M. Singer*                               */s/ Alexandra B. Schmit*
     Leonard M. Singer (BBO# 464600)                     Alexandra B. Schmit (BBO# 662942)
     101 Arch Street, Ninth Floor                         14 Aviation Avenue
     Boston, MA 02110                                     Portsmouth, NH 03801
     (617) 737-7670                                       (603) 766-2006
     LMSinger@tiac.net                                    aschmit@bmairways.com


Dated: May 10, 2006