UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TWIN STATE RAILROAD CORPORATION, | * * * | |
| Plaintiff, | * * | |
| v. | * * * | Civil Action No. 04-12292-JLT |
| MAINE CENTRAL RAILROAD COMPANY, | * * * | |
| Defendant. | * | |

## ORDER

May 24, 2006

TAURO, J.

After a Conference held on May 24, 2006, this court hereby orders that:

1. Defendant has until June 7, 2006 to file a Motion to Dismiss without prejudice to refiling within thirty (30) days of a substantive decision by the Surface Transportation Board; and

2. Plaintiff has until June 28, 2006 to respond to the abovementioned motion.

IT IS SO ORDERED.

           /s/ Joseph L. Tauro
United States District Judge