# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **TWIN STATE RAILROAD CORPORATION** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **C.A. No. 04-12292-JLT** |
| ) | |
| **MAINE CENTRAL RAILROAD COMPANY** ) | |
| ) | |
| **Defendant.** ) | |

## DEFENDANT MAINE CENTRAL RAILROAD COMPANY'S
## MOTION TO DISMISS THE COMPLAINT

### ORAL ARGUMENT REQUESTED

Pursuant to this Court's Order dated May 24, 2006 and Rules 7(b) and 12(b)(1) of the Federal Rules of Civil Procedure and Rule 7.1 of the Rules of this Court, and upon the Memorandum of Reasons in Support of this Motion and all papers and proceedings previously had herein, the defendant Maine Central Railroad Company hereby moves this Court to dismiss the plaintiff's complaint for lack of subject matter jurisdiction and without prejudice to refiling within thirty (30) days of a substantive decision by the Surface Transportation Board granting an application for adverse abandonment and discontinuance authority on the rail line that is the subject of this action.

Pursuant to Rule 7.1(a)(2) of the Rules of this Court, counsel hereby certifies that she and counsel for the plaintiff have conferred and attempted in good faith to resolve or narrow the issues presented by this motion, but without success.

Pursuant to Rule 7.1(d) of the Rules of this Court, the defendant hereby requests oral argument of this motion.

Respectfully submitted,

*/s/ Alexandra B. Schmit*
Alexandra B. Schmit (BBO# 662942)
14 Aviation Avenue
Portsmouth, NH 03801
Tel. 603-766-2006
aschmit@bmairways.com

Robert B. Culliford (BBO# 638468)
14 Aviation Avenue
Portsmouth, NH 03801
Tel. 603-766-2004
rculliford@flypanam.com

*Counsel for Defendant*
*Maine Central Railroad Company*

June 7, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 7, 2006.

*/s/ Alexandra B. Schmit*
Alexandra B. Schmit